10102. WILLIAMS *et al. v.* McKNIGHT, for use, etc.

BLOODWORTH, J. The motion for a new trial contains no special grounds. There is evidence to support the verdict, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*

DECIDED APRIL 22, 1919.

Complaint; from Catoosa superior court—Judge Tarver. July 13, 1918.

*William E. Mann, W. Gordon Mann,* for plaintiffs in error.

*M. L. Harris,* contra.

---

10105. CITY OF JACKSON *v.* CRAWFORD.

BROYLES, P. J. The motion for a new trial contains only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in denying a new trial.

*Judgment affirmed. Bloodworth and Stephens, JJ., concur.*

DECIDED APRIL 22, 1919.

Action for damages; from Butts superior court—Judge Searcy. August 17, 1918.

*C. L. Redman, W. E. Watkins,* for plaintiff in error.

*H. M. Fletcher,* contra.

---

10130. READ PHOSPHATE Co. *v.* LUMBERMEN'S MUTUAL INSURANCE Co. *et al.*

STEPHENS, J. On the facts disclosed in the record, the trial judge did not abuse his discretion in setting aside the judgment against the garnishees.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED APRIL 22, 1919.

Motion to vacate judgment; from Fulton superior court—Judge Ellis. August 15, 1918.

*C. Morris Lancaster, Walter S. Dillon,* for plaintiff.

*W. D. Ellis Jr., P. Cooley,* contra.